ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, GURMEET BISLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 08-00212 |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND** |
| | ) **ORDER** |
| GURMEET BISLA, | ) |
| Defendant. | ) |

The parties hereto, by and through their respective attorneys, stipulate and agree that because the defense required until March 23, 2009 to file defendant's motion to suppress evidence, that time for the government to submit any responsive pleadings shall be extended until April 6, 2009.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: March 23, 2009       /s/ Karen Escobar
                            KAREN ESCOBAR
                            Assistant United States Attorney
                            **This was agreed to by Ms. Escobar via email on March 18, 2009**

DATED: March 23, 2009       /s/ Roger K. Litman
                            ROGER K. LITMAN
                            Attorney for Defendant, GURMEET BISLA

SO ORDERED:

DATED: March 23, 2009       /s/ OLIVER W. WANGER
                            OLIVER W. WANGER
                            U.S. DISTRICT COURT JUDGE

1