```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cr-0212 OWW |
| Plaintiff, | |
| v. | ORDER |
| HARJEET MANN, et al., | |
| Defendants. | |

Having read and considered the parties' stipulation to reset the trial confirmation and deadline for the filing of motions in limine,

IT IS THE ORDER of the Court that the May 18 trial confirmation date is hereby reset for May 26 at 9:00 a.m.

IT IS FURTHER THE ORDER of the Court that the deadline for the filing of motions in limine is hereby extended to May 15 for the filing of motions in limine and May 21 for the filing of any response.

DATED: 5-11-09

OLIVER W. WANGER
Senior U.S. District Judge

1