```
LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-212 OWW |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| HARJEET MANN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Application having been made to this Court by the United States of America for an order for the disclosure of identifying information of defense witnesses in the above-entitled case, and

Having considered the written response of defendant GURMEET SINGH BISLA and the government's reply, along with the argument of counsel at the trial confirmation hearing held on May 26, 2009, and

Good cause having been shown by the parties,

IT IS HEREBY ORDERED that the government and the defense shall provide reciprocal disclosure of the dates of birth and

Social Security numbers of its civilian witnesses (excluding Custodians of Record who will testify solely for the purpose of authentication) and file said disclosure under seal no later than 10 days before trial, unless, upon proper showing to the Court, such disclosure presents a safety issue to the witness.  If the Court finds a legitimate safety issue, the party may then disclose the identifying information to the opposing party on the day of trial.

IT IS FURTHER ORDERED THAT any disclosure of witness identifying information must be made <u>only</u> to counsel of record for the parties in this matter or his or her legal associates, agents, paralegals, stenographic, and clerical employees involved in the trial of this case.

IT IS SO ORDERED.

**Dated:  June 2, 2009**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE