UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>HARJEET MANN, *et al.*,<br><br>                    Defendants. | 1:08-CR-00212 OWW<br><br>ORDER RE JUROR REIMBURSEMENT |

Circumstances beyond the control of the district court required a last-minute change in trial schedule, necessitating a trial day on Monday June 22, 2009 and a dark day on Friday June 19, 2009.  A juror otherwise eligible for reimbursement of accommodation expenses was unable to cancel a pre-paid hotel reservation for the night of June 17, 2009.  The jury administrator shall reimburse her for this reservation, as it was an expense incurred by an unavoidable and unanticipated trial schedule change.

SO ORDERED

June 17, 2009

                                   ___/s/ Oliver W. Wanger___
                                        Oliver W. Wanger
                                   United States District Judge

1