UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0212 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE: JUROR DISCLOSURE |
| | ) | |
| v. | ) | |
| | ) | |
| HARJEET MANN, SUKHRAJ DHALIWAL, and GURMEET SINGH BISLA, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Following the jury trial, juror number eight, Eileen Hernandez, mentioned to Agent Shawn Riley that she also recognized him from Pathfinders. She indicated that although she knew Mr. Riley's parents, she did not know him. Further, that any Pathfinders activity in which Agent Riley participated was more than 20 years ago. Such knowledge had no effect whatsoever on her hearing of and decisions in this case. This disclosure shall be served on all parties in this case.

IT IS SO ORDERED.

Dated:   **June 26, 2009**                              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE

1