LAWRENCE G. BROWN
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) 1:08-cr-00212 OWW
                                    )
            Plaintiff,              )
                                    )
      v.                            ) ORDER
                                    )
                                    )
JASDEV SINGH,                       )
                                    )
            Defendant.              )
_____)

   Having read and considered the parties' stipulation to continue the current sentencing date of August 24, 2009, to October 13, 2009, in this matter,

   IT IS THE ORDER of the Court that the current sentencing date is hereby continued to October 13, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   August 17, 2009**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1