LAWRENCE G. BROWN
United States Attorney
KAREN A. ESCOBAR
DEANNA L. MARTINEZ
Assistant United States Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CR-00212-OWW |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| HARJEET MANN, | ) | |
| JASDEV SINGH, | ) | |
| GURMEET SINGH BISLA, and | ) | |
| SUKHRAJ DHALIWAL, | ) | |
| | ) | |
| Defendants. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jasdev Singh, the Court's Findings of Fact and Conclusions of Law on Forfeiture, and the evidence entered at the jury trial herein, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.   Pursuant to 21 U.S.C. § 853, defendants Harjeet Mann, Jasdev Singh, Gurmeet Singh Bisla, and Sukhraj Dhaliwal's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a)   Approximately $169,910.00 in United States

|   |   |   |
|---|---|---|
| 1 |  | currency seized on or about March 26, 2008; |
| 2 | b) | Approximately $101,763.70 in United States currency seized on or about June 20, 2008; and |
| 3 |   |   |
| 4 | c) | Approximately $739,394.00 in United States currency seized on or about June 20, 2008. |

2. The above-listed property constitutes, or is derived from, proceeds obtained, directly or indirectly, or was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§ 841 and 846.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 83-171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's(or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   September 4, 2009**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE