```
LAWRENCE G. BROWN
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-0212 OWW |
| Plaintiff, ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| JASDEV SINGH, ) | |
| Defendant. ) | |

Defendant JASDEV SINGH, by and through his attorney, STEPHEN QUADE, and the United States of America, by and through its attorneys, LAWRENCE G. BROWN, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the October 13, 2009, sentencing date and reset the matter for November 16, 2009, at 9:00 a.m.

2. The parties stipulate that the continuance is necessitated by the defendant's need to prepare adequately for sentencing, in light of the unavailability of counsel for the defendant due to a medical condition.

1

```
DATED: October 8, 2009                    Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          United States Attorney

                                          By: /s/ Karen A. Escobar
                                            KAREN A. ESCOBAR
                                            Assistant U.S. Attorney


                                           /s/ Stephen Quade
                                           STEPHEN QUADE
                                           Attorney for Defendant
                                           JASDEV SINGH
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of October 13 is hereby vacated and is reset for November 16, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   October 8, 2009**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2