```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-0212 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| JASDEV SINGH, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant JASDEV SINGH, by and through his attorney, STEPHEN QUADE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1. The parties to the above-captioned matter agree to vacate the November 16, 2009, sentencing date and reset the matter for January 19, 2010, at 9:00 a.m.

////
////
////
////

1

2.  The parties stipulate that the continuance is necessitated by the defendant's request for additional time to prepare adequately for sentencing.

DATED: November 12, 2009                Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney


                                         /s/ Stephen Quade
                                         STEPHEN QUADE
                                         Attorney for Defendant
                                         JASDEV SINGH

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of November 16 is hereby vacated and is reset for January 19, 2010, at 9:00 a.m.

DATED: 11/12/2009                       _/s/OLIVER W. WANGER
                                        OLIVER W. WANGER
                                        Senior U.S. District Judge

2