```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:08-cr-0212 OWW
                                   )
12            Plaintiff,           )
                                   )
13       v.                        )  STIPULATION RE:
                                   )  CONTINUANCE AND ORDER
14  JASDEV SINGH,                  )
                                   )
15                                 )
              Defendant.           )
16  _____)
```

17     Defendant JASDEV SINGH, by and through his attorney, STEPHEN
18 QUADE, and the United States of America, by and through its
19 attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN
20 A. ESCOBAR, Assistant United States Attorney, hereby enter into
21 the following stipulation:
22     1.  The parties to the above-captioned matter agree to vacate
23 the November 16, 2009, sentencing date and reset the matter for
24 January 19, 2010, at 9:00 a.m.
25 ////
26 ////
27 ////
28 ////

2. The parties stipulate that the continuance is necessitated by the defendant's request for additional time to prepare adequately for sentencing.

DATED: November 12, 2009                    Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                United States Attorney

                                                By: /s/ Karen A. Escobar
                                                    KAREN A. ESCOBAR
                                                Assistant U.S. Attorney

                                                /s/ Stephen Quade
                                                STEPHEN QUADE
                                                Attorney for Defendant
                                                JASDEV SINGH

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of November 16 is hereby vacated and is reset for January 19, 2010, at 9:00 a.m.

DATED: 11/12/2009                    _/s/OLIVER W. WANGER
                                          OLIVER W. WANGER
                                          Senior U.S. District Judge