```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ KAREN A. ESCOBAR
   │ Assistant U.S. Attorney
 3 │ 2500 Tulare Street
   │ Fresno, California 93721
 4 │ Telephone: (559) 497-4000
 5 │
 6 │
 7 │
 8 │           IN THE UNITED STATES DISTRICT COURT FOR THE
 9 │                  EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,     )  1:08-cr-0212 OWW
   │                               )
12 │              Plaintiff,        )
   │                               )
13 │      v.                       )  STIPULATION RE:
   │                               )  CONTINUANCE AND ORDER
14 │ JASDEV SINGH,                  )
   │                               )
15 │                               )
   │              Defendant.        )
16 │ _____)
17 │      Defendant JASDEV SINGH, by and through his attorney, STEPHEN
18 │ QUADE, and the United States of America, by and through its
19 │ attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN
20 │ A. ESCOBAR, Assistant United States Attorney, hereby enter into
21 │ the following stipulation:
22 │      1.  The parties to the above-captioned matter agree to vacate
23 │ the January 19, 2010, sentencing date and reset the matter for
24 │ February 22, 2010, at 9:00 a.m.
25 │ ////
26 │ ////
27 │ ////
28 │ ////
```

1

2. The parties stipulate that the continuance is necessitated by the defendant's request for additional time to prepare a sentencing memorandum.

DATED: January 14, 2010                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney


                                           /s/ Stephen Quade
                                           STEPHEN QUADE
                                           Attorney for Defendant
                                           JASDEV SINGH

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of January 19 is hereby vacated and is reset for February 22, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   January 14, 2010**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE