```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  1:08-cr-0212 OWW
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )  STIPULATION RE:
                                 )  CONTINUANCE AND ORDER
14  JASDEV SINGH,                )
                                 )
15                               )
                Defendant.       )
16  _____)
```

17  Defendant JASDEV SINGH, by and through his attorney, STEPHEN
18  QUADE, and the United States of America, by and through its
19  attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN
20  A. ESCOBAR, Assistant United States Attorney, hereby enter into
21  the following stipulation:
22      1.  The parties to the above-captioned matter agree to vacate
23  the March 22, 2010, sentencing date and reset the matter for April
24  26, 2010, at 9:00 a.m.
25      2.  The parties stipulate that the continuance is
26  ////
27  ////
28  ////

1

necessitated by the defendant's need to prepare adequately for sentencing.

DATED: March 17, 2010                          Respectfully submitted,

                                               BENJAMIN B. WAGNER
                                               United States Attorney

                                               By: /s/ Karen A. Escobar
                                                 KAREN A. ESCOBAR
                                                 Assistant U.S. Attorney


                                               /s/ Stephen Quade
                                               STEPHEN QUADE
                                               Attorney for Defendant
                                               JASDEV SINGH

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of March 22 is hereby vacated and is reset for April 26, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   March 17, 2010**               /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

2