**STEPHEN QUADE #156961**
**Attorney at Law**
**2100 Tulare Street, Suite 512**
**Fresno, California 93721**
**Telephone (559) 237-2042**
**Facsimile (559) 237-3966**

Attorney for Defendant **JASDEV SINGH**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No.  1:08-CR-0212 OWW |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE SENTENCING** |
| JASDEV SINGH, | ) |
| Defendant | ) |

Defendant, JASDEV SINGH, by and through his attorney, STEPHEN QUADE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.      The parties to the above-captioned matter agree to vacate the current sentencing date of April 26, 2010, at the hour of 9:00 a.m., and continue this matter for sentencing to May 24, 2010, at the hour of 9:00 a.m., in department 3 of the United States District Court.

DATED: April 22, 2010                    Respectfully submitted,

                                         /s/      Stephen Quade
                                         STEPHEN QUADE,
                                         Attorney for Defendant
                                         JASDEV SINGH

-1-

DATED: April 22, 2010                            /s/     Karen A. Escobar
                                                 KAREN A. ESCOBAR,
                                                 Assistant United States Attorney


ORDER

Having read and considered the foregoing stipulation, ***IT IS THE ORDER*** of the Court

that the currently scheduled sentencing date of April 26, 2010, is hereby vacated and is reset for

May 24, 2010, at the hour of 9:00 a.m.

***IT IS SO ORDERED:***


DATED: April 23, 2010                            /s/ OLIVER W. WANGER
                                                 ***UNITED STATES DISTRICT JUDGE***

-2-