**STEPHEN QUADE #156961**
**Attorney at Law**
**2100 Tulare Street, Suite 512**
**Fresno, California 93721**
**Telephone (559) 237-2042**
**Facsimile (559) 237-3966**

Attorney for Defendant **JASDEV SINGH**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASDEV SINGH,<br><br>　　　　Defendant | No.  1:08-CR-0212 OWW<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

Defendant, JASDEV SINGH, by and through his attorney, STEPHEN QUADE, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the current sentencing date of April 26, 2010, at the hour of 9:00 a.m., and continue this matter for sentencing to May 24, 2010, at the hour of 9:00 a.m., in department 3 of the United States District Court.

DATED: April 22, 2010　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/　　　Stephen Quade　　　　　
　　　　　　　　　　　　　　　　　　　　　　STEPHEN QUADE,
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　JASDEV SINGH

-1-

PDF created with pdfFactory trial version www.pdffactory.com

DATED: April 22, 2010                         /s/     Karen A. Escobar
                                              KAREN A. ESCOBAR,
                                              Assistant United States Attorney

ORDER

Having read and considered the foregoing stipulation, ***IT IS THE ORDER*** of the Court that the currently scheduled sentencing date of April 26, 2010, is hereby vacated and is reset for May 24, 2010, at the hour of 9:00 a.m.

***IT IS SO ORDERED:***

DATED: April 23, 2010                         /s/ OLIVER W. WANGER
                                              ***UNITED STATES DISTRICT JUDGE***

-2-

PDF created with pdfFactory trial version www.pdffactory.com