(SPACE BELOW FOR FILING STAMP ONLY)

1  **ROGER T. NUTTALL  #42500**
   **NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
   JASDEV SINGH
6

7

8
            **UNITED STATES DISTRICT COURT**
9
             **EASTERN DISTRICT OF CALIFORNIA**
10
                    *** * * * * * * ***
11
   UNITED STATES OF AMERICA,          Case No.: 1:08-CR-000212 OWW
12
          Plaintiff,
13
      vs.                              **STIPULATION RE:**
14                                     **CONTINUANCE OF SENTENCING**
   JASDEV SINGH,
15                                           **And**
          Defendant.
16                                        **O R D E R**

17

18     **IT IS HEREBY STIPULATED** by and between the parties herein

19  that the Sentencing currently scheduled for May 24, 2010, at 9:00

20  a.m. be continued to **July 19, 2010, at 9:00 a.m.** before the

21  Honorable OLIVER W. WANGER.

22      This request is based upon the fact that counsel needs

23  additional time for preparation of further pleadings.

24      Counsel's staff has been in touch with Ms. Karen Escobar of

25  the United States Attorney's Office, who has no objection to such

26  a continuance.

27      It is your Declarant's opinion that a continuance such as

28  requested shall not prejudice any party concerned with this

matter.

DATED: May 17, 2010.

                        NUTTALL & COLEMAN

                        By: /s/ Roger T. Nuttall
                            ROGER T. NUTTALL
                            Attorneys for Defendant
                            Jasdev Singh

DATED: May 17, 2010

                        By: /s/ Karen Escobar
                            KAREN ESCOBAR
                            Assistant U.S. Attorney

                    **************

## **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on May 24, 2010, at 9:00 a.m. is continued to **July 19, 2010 at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   May 19, 2010**                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE