**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 233-6947

ATTORNEYS FOR Defendant
JASDEV SINGH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: **1:08-CR-000212 OWW** |
|---|---|
| Plaintiff, | |
| vs. | **ASSOCIATION OF ATTORNEYS AND ORDER THEREON** |
| JASDEV SINGH, | |
| Defendant. | |

Defendant, JASDEV SINGH, hereby requests leave of court to associate ROGER T. NUTTALL of the Law Offices of NUTTALL & COLEMAN with attorney STEPHEN QUADE.

DATED: May 17, 2010.

/s/Jasdev Singh
JASDEV SINGH

I CONCUR WITH SAID ASSOCIATION.

DATED: May 17, 2010.

/s/Stephen Quade
STEPHEN QUADE
Federal Defender's Office

I AGREE TO THE ABOVE ASSOCIATION.

DATED: May 17, 2010.

NUTTALL & COLEMAN

/s/ Roger T. Nuttall
ROGER T. NUTTALL

\*\*\*\*\*\*\*\*

**O R D E R**

Good cause appearing,

**IT IS HEREBY ORDERED** that ROGER T. NUTTALL of the Law Offices of NUTTALL & COLEMAN, is hereby associated as attorney of record in this matter with attorney STEPHAN QUADE, who is the attorney of record for Defendant, JASDEV SINGH.

IT IS SO ORDERED.

**Dated:   May 19, 2010**          /s/ Oliver W. Wanger
                          UNITED STATES DISTRICT JUDGE

2