**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Defendant,
JASDEV SINGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JASDEV SINGH,<br><br>  Defendant. | Case No.: 1:08-CR-000212 OWW<br><br>**STIPULATION RE:**<br>**CONTINUANCE OF SENTENCING**<br><br>**And**<br><br>**O R D E R** |

   **IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for July 19, 2010, at 9:00 a.m. be continued to **August 23, 2010, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

   This request is based upon the fact that counsel needs additional time for preparation of further pleadings which shall be filed during the week of July 19, 2010.

   Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance.

   It is your Declarant's opinion that a continuance such as

requested shall not prejudice any party concerned with this matter.

DATED: July 15, 2010.

                                             NUTTALL & COLEMAN

                                             By:  /s/ Roger T. Nuttall
                                                  ROGER T. NUTTALL
                                                  Attorneys for Defendant
                                                  Jasdev Singh

DATED: July 15, 2010

                                             By: /s/ Karen Escobar
                                                 KAREN ESCOBAR
                                                 Assistant U.S. Attorney

                            **************

### **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on July 19, 2010, at 9:00 a.m. is continued to **August 23, 2010 at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   July 15, 2010**                             **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE