1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street
   Fresno, CA  93721
4  Telephone:  (559) 497-4000

FILED

AUG 1 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 1:08-~~SW~~-0212 OWW |
| Plaintiff, | ORDER |
| v. | |
| JASDEV SINGH, | |
| Defendant. | |

Pursuant to Fed.R.Crim.P. 49.1 and Local Rule 140, application having been made to this Court by the United States of America for an order sealing the defendant's motion to dismiss [Document 372], and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the defendant's motion to dismiss filed herein on July 23, 2010 is hereby SEALED.

DATED: August 16, 2010

Sandra M. Snyder *
~~OLIVER W. WANGER~~

/s/ Snyder
~~Senior~~ Chief United States ~~District~~ Magistrate Judge

* Signed in the absence of any Article III being available, their absence due to attendance at the Ninth Circuit Judicial Conference, 8/16-19/10.