(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JASDEV SINGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-000212 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF SENTENCING** |
| JASDEV SINGH, | |
| Defendant. | **And** |
| | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for August 23, 2010, at 9:00 a.m. be continued to **September 20, 2010, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

This request is based upon the fact that circumstances have arisen recently where counsel needs to be in Southern California on August 23, 2010.  Additionally, pursuant to Ms. Karen Escobar's suggestion as related to Sentencing, as well as the pending Motion for Dismissal, counsel wishes to engage in further discussions with Ms. Escobar in the company of Co-counsel, Stephen Quade.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance so long as it stays the date of filing of the Government's response.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: August 18, 2010.

                                      NUTTALL & COLEMAN

                                      By:  /s/ Roger T. Nuttall
                                           ROGER T. NUTTALL
                                           Attorneys for Defendant
                                           Jasdev Singh

DATED: August 18, 2010

                                      By: /s/ Karen Escobar
                                         KAREN ESCOBAR
                                         Assistant U.S. Attorney

***************

# **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on August 23, 2010, at 9:00 a.m. is continued to **September 20, 2010 at 9:00 a.m.**

DATED: August 18, 2010.

                                      /s/ OLIVER W. WANGER
                                      United States District Judge