```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )  1:08-cr-0212 OWW
                                     )
12             Plaintiff,            )
                                     )
13       v.                          )  STIPULATION RE:
                                     )  CONTINUANCE AND ORDER
14  JASDEV SINGH,                    )
                                     )
15                                   )
               Defendant.            )
16  _____)
```

17       Defendant JASDEV SINGH, by and through his attorney, STEPHEN
18  QUADE and ROGER NUTTALL, and the United States of America, by and
19  through its attorneys, BENJAMIN B. WAGNER, United States Attorney,
20  and KAREN A. ESCOBAR, Assistant United States Attorney, hereby
21  enter into the following stipulation:
22       1.  The parties to the above-captioned matter agree to vacate
23  the September 20, 2010, sentencing date and reset the matter for
24  October 12, 2010, at 1:30 p.m.
25  ////
26  ////
27  ////
28  ////

                                    1

2.  The parties stipulate that the continuance is necessitated by the defendant's need for further investigation.

DATED: September 16, 2010                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

                                            /s/ Stephen Quade
                                            STEPHEN QUADE
                                            Attorney for Defendant
                                            JASDEV SINGH

                                            /s/ Roger Nuttall
                                            ROGER NUTTALL
                                            Attorney for Defendant
                                            JASDEV SINGH

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of September 20 is hereby vacated and is reset for October 12, 2010, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   September 16, 2010**                    /s/ Oliver W. Wanger
                                                                     UNITED STATES DISTRICT JUDGE