```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-cr-0212 OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| JASDEV SINGH, | ) | |
| Defendant. | ) | |

Defendant JASDEV SINGH, by and through his attorney, STEPHEN QUADE and ROGER NUTTALL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate the September 20, 2010, sentencing date and reset the matter for October 12, 2010, at 1:30 p.m.

////

////

////

////

1

2. The parties stipulate that the continuance is necessitated by the defendant's need for further investigation.

DATED: September 16, 2010                    Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             By: /s/ Karen A. Escobar
                                                KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

                                             /s/ Stephen Quade
                                             STEPHEN QUADE
                                             Attorney for Defendant
                                             JASDEV SINGH

                                             /s/ Roger Nuttall
                                             ROGER NUTTALL
                                             Attorney for Defendant
                                             JASDEV SINGH

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of September 20 is hereby vacated and is reset for October 12, 2010, at 1:30 p.m.

                                             IT IS SO ORDERED.

**Dated:   September 16, 2010**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE