**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JASDEV SINGH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-000212 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF SENTENCING** |
| JASDEV SINGH, | |
| Defendant. | **And** |
| | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for October 12, 2010, at 9:00 a.m. be continued to **November 15, 2010, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

Counsel requests this continuance due to the fact that there are still issues which counsel needs to clarify as related to the pending defense Motion to Dismiss.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance so long as it stays the date of filing of the Government's response.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: October 7, 2010.

NUTTALL & COLEMAN

By: /s/ Roger T. Nuttall
ROGER T. NUTTALL
Attorneys for Defendant
Jasdev Singh

DATED: October 7, 2010.

By: /s/ Karen Escobar
KAREN ESCOBAR
Assistant U.S. Attorney

***************

**O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on October 12, 2010, at 9:00 a.m. is continued to **November 15, 2010 at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   October 7, 2010**         /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

2