**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852


ATTORNEYS FOR Defendant,
        JASDEV SINGH




**UNITED  STATES  DISTRICT  COURT**

**EASTERN  DISTRICT  OF  CALIFORNIA**

**\* \* \* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-000212 OWW |
|     Plaintiff, | |
|   vs. | **STIPULATION RE: CONTINUANCE** |
| |           **OF SENTENCING** |
| JASDEV SINGH, | |
|     Defendant. | **And** |
| | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for November 15, 2010, at 9:00 a.m. be continued to **December 13, 2010, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

Counsel requests this continuance due to the fact that there are still issues which counsel needs to clarify as related to the pending defense Motion to Dismiss.  The additional time is necessary to address these issues adequately and thoroughly.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance so long as it stays the date of filing of the

1    Government's response, which it will.

2        It is your Declarant's opinion that a continuance such as

3    requested shall not prejudice any party concerned with this

4    matter.

5        DATED: November 4, 2010.

6                                    NUTTALL & COLEMAN

7                                    By:  /s/ Roger T. Nuttall
                                         ROGER T. NUTTALL
8                                        Attorneys for Defendant
                                         Jasdev Singh
9

10       DATED: November 4, 2010.

11                                   By: /s/ Karen Escobar
                                         KAREN ESCOBAR
12                                       Assistant U.S. Attorney

13
                            * * * * * * * * * * * * * * *
14

15                              **O R D E R**

16

17       Good cause appearing,

18       **IT IS ORDERED** that the Sentencing currently scheduled

19   on November 15, 2010, at 9:00 a.m. is continued to **December 13,**

20   **2010 at 9:00 a.m.**

21   IT IS SO ORDERED.

22   **Dated:   November 5, 2010**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

                                    2