(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JASDEV SINGH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASDEV SINGH,<br><br>    Defendant. | Case No.: 1:08-CR-000212 OWW<br><br>**STIPULATION RE: CONTINUANCE**<br>**OF SENTENCING**<br><br>**And**<br><br>**O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for November 15, 2010, at 9:00 a.m. be continued to **December 13, 2010, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

Counsel requests this continuance due to the fact that there are still issues which counsel needs to clarify as related to the pending defense Motion to Dismiss.  The additional time is necessary to address these issues adequately and thoroughly.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance so long as it stays the date of filing of the

Government's response, which it will.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: November 4, 2010.

                                      NUTTALL & COLEMAN

                                      By: /s/ Roger T. Nuttall
                                          ROGER T. NUTTALL
                                          Attorneys for Defendant
                                          Jasdev Singh

DATED: November 4, 2010.

                                      By: /s/ Karen Escobar
                                          KAREN ESCOBAR
                                          Assistant U.S. Attorney

                            **************

## **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on November 15, 2010, at 9:00 a.m. is continued to **December 13, 2010 at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   November 5, 2010**          /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE