**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JASDEV SINGH

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \* \***

| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-000212 OWW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF SENTENCING** |
| JASDEV SINGH, | **And** |
| Defendant. | **O R D E R** |

   **IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for January 10, 2011, at 9:00 a.m. be continued to **February 28, 2011, at 9:00 a.m.** before the Honorable OLIVER W. WANGER.

   Counsel requests this continuance due to the fact that there are still issues which counsel needs to clarify as related to the pending defense Motion to Dismiss.  The additional time is necessary to address these issues adequately and thoroughly.

   For the past three (3) weeks, counsel has been in a trial in the Fresno County Superior Court.  The Closing Arguments are due to be done on Tuesday, January 4, 2011.  Additionally,

attorney for Defendant is currently in preparation for a civil trial which is scheduled to begin on Tuesday, January 11, 2011, before the Fresno County Civil Service Commission which is expected to last for several days.  Counsel sought a continuance of the said civil matter, but the motion was denied.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such a continuance so long as it stays the date of filing of the Government's response, which it will.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: January 4, 2011.

NUTTALL & COLEMAN

By: /s/ Roger T. Nuttall
ROGER T. NUTTALL
Attorneys for Defendant
JASDEV SINGH

DATED: January 4, 2011.

By: /s/ Karen Escobar
KAREN ESCOBAR
Assistant U.S. Attorney

2

# O R D E R

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on January 10, 2011, at 9:00 a.m. is continued to **February 28, 2011, at 9:00 a.m.**

IT IS SO ORDERED.

**Dated:   January 5, 2011**                     **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE