**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JASDEV SINGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-000212 OWW |
| Plaintiff, | |
| vs. | **STIPULATION RE: CONTINUANCE OF SENTENCING** |
| JASDEV SINGH, | And |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between the parties herein that the Sentencing currently scheduled for February 28, 2011, at 9:00 a.m. be continued to **April 18, 2011, at 1:30 p.m.** before the Honorable OLIVER W. WANGER.

Counsel requests this continuance due to the fact that there are still issues which counsel needs to clarify as related to the pending defense Motion to Dismiss.  The additional time is necessary to be able address these issues adequately and thoroughly.

Counsel's staff has been in touch with Ms. Karen Escobar of the United States Attorney's Office, who has no objection to such

a continuance so long as it stays the date of filing of the Government's response, which it will.

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

DATED: February 16, 2011.

                                NUTTALL & COLEMAN

                                By: /s/ Roger T. Nuttall
                                      ROGER T. NUTTALL
                                      Attorneys for Defendant
                                      JASDEV SINGH

DATED: February 16, 2011.

                                By: /s/ Karen Escobar
                                      KAREN ESCOBAR
                                      Assistant U.S. Attorney

## **O R D E R**

Good cause appearing,

**IT IS ORDERED** that the Sentencing currently scheduled on February 28, 2011, at 9:00 a.m. is continued to **April 18, 2011, at 1:30 p.m.**

IT IS SO ORDERED.

**Dated:   February 17, 2011**                    **/s/ Oliver W. Wanger**
                                                                          UNITED STATES DISTRICT JUDGE