```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-cr-00212 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| JASDEV SINGH, ) | |
| ) | |
| Defendant. ) | |

Defendant JASDEV SINGH, by and through his attorney, STEPHEN QUADE and ROGER NUTTALL, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the April 18, 2011, hearing date and reset the matter for May 23, 2011, at 1:30 p.m.

2. The parties stipulate that the continuance is necessitated by the defendant's need for further investigation.

DATED: April 11, 2011                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         By: /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR

1

```
                                        Assistant U.S. Attorney

                                        /s/ Stephen Quade
                                        STEPHEN QUADE
                                        Attorney for Defendant
                                        JASDEV SINGH

                                        /s/ Roger Nuttall
                                        ROGER NUTTALL
                                        Attorney for Defendant
                                        JASDEV SINGH
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of April 18 is hereby vacated and is reset for May 23, 2011, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   April 11, 2011**            /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

2